IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WEBB, | 1:05-CV-1296 OWW DLB P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF SEPTEMBER 20 2006 |
| vs. | [Document #5] |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendants. | [Document #6] |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2006, Magistrate Dennis L. Beck submitted findings and a recommendation to United States District Oliver W. Wanger to dismiss plaintiff's case for failure to comply with the court's order of October 12, 2005. Plaintiff was ordered to either pay the $250.00 filing fee in full, or submit an application to proceed in forma pauperis, and to file an amended complaint.

On October 4, 2006, plaintiff submitted a motion for a thirty (30) day extension of time to file his amended complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The finding and recommendation of September 20, 2006, is VACATED;

2. Plaintiff is GRANTED thirty (30) days from the date of service of this order in which to file an amended complaint.

      3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action, or submit an application to proceed in forma pauperis.

      4. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

      5. <u>The failure to comply with this order will result in a recommendation that the action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   October 11, 2006               **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE