IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WEBB,               ) | 1:05-CV-1296 OWW DLB P |
|                            ) | |
|     Plaintiff,     ) | THIRD ORDER TO SUBMIT |
|                            ) | APPLICATION TO PROCEED IN FORMA |
| vs.                        ) | PAUPERIS **OR** FILING FEE |
|                            ) | |
| CALIFORNIA DEPARTMENT OF)  | CLERK'S OFFICE ORDERED TO |
| CORRECTIONS, et al.,       ) | CHANGE ADDRESS AND TO SEND |
|                            ) | FORM FOR A NON-PRISONER |
|     Defendants.    ) | |

       Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee. On October 26, 2006, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915.

       On November 21, 2006, the court again ordered plaintiff to submit a completed application to proceed in forma pauperis or pay the $250.00 filing fee. On December 4, 2006,

plaintiff submitted an unsigned application to proceed in forma pauperis indicating he is no longer incarcerated, and indicates his return address as 835 E. Imperial Highway, Apt #10, Los Angeles, CA 90059. Due to his release and change of status from a prisoner to a non-prisoner, plaintiff must submit a new application to proceed in forma pauperis on the type of form used by a non-prisoner, or in the alternative, pay the $250.00 filing fee for this action.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is ordered to change plaintiff's address to 835 E. Imperial Highway, Apt #10, Los Angeles, California 90059.

2.. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

3. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

    **Dated:   January 8, 2007**                    **/s/ Dennis L. Beck**
3c0hj8                                                                  UNITED STATES MAGISTRATE JUDGE