**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD WEBB | CASE NO. CV-F-05-1296-LJO DLB P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al. | |
| Defendants. | |

Plaintiff Donald Webb ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 23, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. More than fifteen days have passed and plaintiff has not filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.    The Findings and Recommendations, filed April 23, 2008, is adopted in full; and

3     2.    This action is dismissed based on plaintiff's failure to obey the court's order of March

4           6, 2008.

6   IT IS SO ORDERED.

7   **Dated:   May 27, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE